**EXHIBIT B**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| POLARIS IMAGES CORPPORATION, Plaintiff, | : | ECF Case |
| -against- | : | Case No. 1:18-cv-5115-ALC |
| ASSOCIATED NEWSPAPERS (U.S.A.) LIMITED, Defendant. | : | |

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**
**PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Polaris Images Corporation hereby gives notice that the above-captioned action is voluntarily dismissed, with prejudice, in its entirety.

Dated: August 24, 2018

LIEBOWITZ LAW FIRM, PLLC

By: */s/Richard Liebowitz*

Richard P. Liebowitz
11 Sunrise Plaza, Suite 305
Valley Stream, NY 11580
Tel: (516) 233-1660
RL@LiebowitzLawFirm.com

*Attorney for Plaintiff Polaris Images Corporation*